**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:20-cr-00089-MR-WCM**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **JERMAUL QUINCHON ROBBS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as a motion to amend the Judgment in this case [Doc. 32].

In November 2020, the Defendant pled guilty to one count of possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c). [Docs. 16, 18]. He was sentenced to a term of 60 months' imprisonment, "consecutive to any undischarged term of imprisonment imposed by any state of federal court, whether previously or hereafter imposed, particularly including any sentence imposed by the state court for the charges set forth in the Presentence Report." [Doc. 29 at 2]. The Presentence Report identifies a number of pending state charges related to the instant federal offense. [See Doc. 25 at 11-13].

By the present filing, the Defendant asks the Court to amend the Judgment [Doc. 29] so as to allow his federal sentence to run concurrently with his subsequently imposed state sentence. [Doc. 32].

The Defendant has stated no basis on which the Court can or should amend the Judgment in this case. The Defendant pled guilty to the § 924(c) offense, and he does not contend that his guilty plea was in any way unknowing or involuntary. The Defendant further did not file a direct appeal of his conviction or sentence, nor has he filed a motion to vacate his conviction under 28 U.S.C. § 2255. Accordingly, the Defendant's request for an amendment of his Judgment is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter, which the Court construes as a motion to amend the Judgment in this case [Doc. 32], is **DENIED**.

**IT IS SO ORDERED.**

Signed: June 27, 2023

Martin Reidinger
Chief United States District Judge

2